IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES JOEL MORRIS                                                   PLAINTIFF

v.                              No. 4:12-cv-293-DPM

SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC.; and KENNETH
ANDREW HAYSLIP                                                     DEFENDANTS

## JUDGMENT

The parties have settled. Morris has filed a pre-answer notice that he is therefore dismissing his case with prejudice. *Document No. 4*. The Court directs the Clerk to correct the listing of this notice as a motion. Morris's complaint has been dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

29 November 2012