IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES JOEL MORRIS**                                                   **PLAINTIFF**

v.                              No. 4:12-cv-293-DPM

**SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC.; and KENNETH
ANDREW HAYSLIP**                                                **DEFENDANTS**

## JUDGMENT

The parties have settled. Morris has filed a pre-answer notice that he is therefore dismissing his case with prejudice. *Document No. 4.* The Court directs the Clerk to correct the listing of this notice as a motion. Morris's complaint has been dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 November 2012